SAMUEL M. MELKON, Appellant, *v.* AMERICAN EXCHANGE IRVING TRUST COMPANY, Respondent.

(Argued June 3, 1929; decided July 11, 1929.)

*Thomas E. Shea* for appellant.
*Stuart H. Benton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.